WENDY MEDURA KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
US ONCOLOGY CORPORATE, INC. dba COMPREHENSIVE
CANCER CENTERS OF NEVADA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA THOMAS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>US ONCOLOGY CORPORATE, INC. dba COMPREHENSIVE CANCER CENTERS OF NEVADA; DOES 1-50 and ROES 1-50,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00958-RFB-CWH<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, VANESSA THOMAS and Defendant US ONCOLOGY CORPORATE, INC. dba COMPREHENSIVE CANCER CENTERS OF NEVADA, by and through their respective attorneys of record, hereby stipulate and agree that Defendant has thirty (30) days to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on June 5, 2019 and served on June 7, 2019. The parties make this request due to Defendant's counsel's recent retention and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **July 29, 2019**.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: June 28, 2019

Respectfully submitted,

/s/ Eran S. Forster
DANIEL R. WATKINS, ESQ.
ERAN S. FORSTER, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
VANESSA THOMAS

Dated: June 28, 2019

Respectfully submitted,

/s/ Z. Kathryn Branson
WENDY M. KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
US ONCOLOGY COPORATE, INC. dba
COMPREHENSIVE CANCER CENTERS OF
NEVADA

**IT IS SO ORDERED.**

Dated this  3   day of    July   , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:165206460.1 037360.1325

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800